# IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

        Appellant,

vs.

NATIONSTAR MORTGAGE LLC, A
DELAWARE LIMITED LIABILITY
COMPANY; AND HSBC BANK USA,
NATIONAL ASSOCIATION AS
TRUSTEE ON BEHALF OF GSAA
HOME EQUITY TRUST 2005-15,
ASSET-BACKED CERTIFICATES,
SERIES 2005-15,

        Respondents.

No. 77899

**FILED**

JAN 26 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Tierra Danielle Jones, District Judge
      Janet Trost, Settlement Judge
      Kim Gilbert Ebron
      Akerman LLP/Las Vegas
      Eighth District Court Clerk

21-02409